FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

SEP 29 2010

FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,           )      CRIMINAL NO. _10cr 2734_
                                )
      vs.                        )      Count 1: 18 U.S.C. § 371:
                                )      Conspiracy to Commit Carjacking;
                                )
JOHN CHARLES MCCLUSKEY,          )      Count 2: 18 U.S.C. § 2119(3):
TRACY ALLEN PROVINCE, and        )      Carjacking Resulting in Death; 18
CASSLYN MAE WELCH,               )      U.S.C. § 2: Aiding and Abetting;
                                )
            Defendants.          )      Count 3: 18 U.S.C. §
                                )      1512(a)(1)(C): Tampering With a
                                )      Witness; 18 U.S.C. § 2: Aiding and
                                )      Abetting;
                                )
                                )      Count 4: 18 U.S.C. § 1951:
                                )      Conspiracy to Interfere with
                                )      Commerce;
                                )
                                )      Count 5:  18 U.S.C. § 1951:
                                )      Interference with Commerce; 18
                                )      U.S.C. § 2: Aiding and Abetting;
                                )
                                )      Counts 6-10: 18 U.S.C. §§
                                )      924(c)(1) and (j):  Using and
                                )      Carrying Firearm During and in
                                )      Relation to Crime of Violence; 18
                                )      U.S.C. § 2: Aiding and Abetting;
                                )
                                )      Counts 11-12: 18  U.S.C. §§
                                )      922(g)(1) and 924(a)(2): Felon in
                                )      Possession of Firearms and
                                )      Ammunition;
                                )
                                )      Count 13: 18 U.S.C. §§ 922(g)(2)
                                )      and 924(a)(2): Fugitives in
                                )      Possession of Firearms and
                                )      Ammunition.

INDICTMENT

The Grand Jury charges:

## Count 1

On or about August 2, 2010, in the District of New Mexico, the defendants,

**JOHN CHARLES MCCLUSKEY, TRACY ALLEN PROVINCE, and CASSLYN MAE**

**WELCH,** and others known and unknown to the grand jury, did unlawfully, knowingly,

and intentionally conspire to carjack Gary Haas and Linda Haas, and as a result of this

act, caused the deaths of Gary Haas and Linda Haas.

In furtherance of such agreement and conspiracy and to effect the objects

thereof, the defendants committed the following overt acts, among others:

a.    On or about August 2, 2010, **JOHN CHARLES MCCLUSKEY, TRACY**

**ALLEN PROVINCE, and CASSLYN MAE WELCH** agreed to take a 2006

Chevrolet pick-up truck and 30-foot trailer from a man and woman at a

rest stop.  This vehicle and trailer belonged to Gary Haas and Linda Haas.

b.    On or about August 2, 2010, **JOHN CHARLES MCCLUSKEY** and

**TRACY ALLEN PROVINCE** approached Gary Haas and Linda Haas,

forcing Linda Haas into the pick-up truck at gunpoint.

c.    On or about August 2, 2010, **JOHN CHARLES MCCLUSKEY and**

**TRACY ALLEN PROVINCE** forced Gary Haas to drive the pick-up truck

and trailer away from the rest stop, while **CASSLYN MAE WELCH**

followed in another vehicle.

d.    On or about August 2, 2010, **JOHN CHARLES MCCLUSKEY** shot Gary

Haas and Linda Haas with a handgun, killing them both.

In violation of 18 U.S.C. § 371.

### Count 2

On or about August 2, 2010, in the District of New Mexico, the defendants, **JOHN CHARLES MCCLUSKEY, TRACY ALLEN PROVINCE, and CASSLYN MAE WELCH,** with the intent to cause death and serious bodily harm, did take a motor vehicle, a 2006 Chevrolet Pick-Up Truck, Vehicle Identification Number 1GCHK23D36F235389, which had been transported, shipped and received in interstate commerce, from the person and presence of Gary Haas and Linda Haas by force and violence, and by intimidation, resulting in the deaths of Gary Haas and Linda Haas.

In violation of 18 U.S.C. §§ 2119, and 2.

### Count 3

On or about August 2, 2010, in the District of New Mexico, the defendants, **JOHN CHARLES MCCLUSKEY, TRACY ALLEN PROVINCE, and CASSLYN MAE WELCH,** did knowingly kill Gary Haas and Linda Haas, with malice aforethought and premeditation, with the intent to prevent the communication to any law enforcement officer of the United States of information relating to the commission of Federal offenses, to wit: Conspiracy to Commit Carjacking as alleged in Count 1, Carjacking as alleged in Count 2, Conspiracy to Interfere with Commerce as alleged in Count 4, and Interference with Commerce as alleged in Count 5.

In violation of 18 U.S.C. §§ 1512(a)(1)(C) and 2.

## Count 4

On or about August 2, 2010, in the District of New Mexico, the defendants,

**JOHN CHARLES MCCLUSKEY, TRACY ALLEN PROVINCE, and CASSLYN MAE**

**WELCH**, did unlawfully conspire to obstruct, delay and affect commerce as that term is

defined in Title 18, United States Code, Section 1951, and the movement of articles

and commodities in such commerce, by robbery as that term is defined in Section 1951,

in that the defendants did unlawfully conspire and agree to rob and take and obtain

personal property to wit: a 2006 Chevrolet Pick-up Truck, Vehicle Identification Number

1GCHK23D36F235389, a camper trailer Vehicle Identification Number

4YDT2752132034867, a sum of United States currency, a Glock, Model 36, .45 caliber

semi-automatic handgun, serial number DVU736US, a Glock, Model 17, 9mm semi-

automatic handgun, serial number AK548US, and a Rossi, .38 caliber handgun, serial

number W243613, from the presence of Gary Haas and Linda Haas, individuals

engaged in interstate commerce, against the will of Gary Haas and Linda Haas, by

means of actual and threatened force, violence, and fear of injury to their person.

In violation of 18 U.S.C. § 1951(a).

## Count 5

On or about August 2, 2010, in the District of New Mexico, the defendants,

**JOHN CHARLES MCCLUSKEY, TRACY ALLEN PROVINCE, and CASSLYN MAE**

**WELCH**, did unlawfully obstruct, delay and affect commerce as that term is defined in

Title 18, United States Code, Section 1951, and the movement of articles and

commodities in such commerce, by robbery as that term is defined in Section 1951, in

that the defendants did unlawfully take and obtain personal property to wit:  a 2006

Chevrolet Pick-up Truck, Vehicle Identification Number 1GCHK23D36F235389, a

camper trailer, Vehicle Identification Number 4YDT2752132034867, a sum of United

States currency, a Glock, Model 36, .45 caliber semi-automatic handgun, serial number

DVU736US, a Glock, Model 17, 9mm semi-automatic handgun, serial number

AK548US, and a Rossi, .38 caliber handgun, serial number W243613, from the

presence of Gary Haas and Linda Haas, individuals engaged in interstate commerce,

against the will of Gary Haas and Linda Haas, by means of actual and threatened force,

violence, and fear of injury to their person.

In violation of 18 U.S.C. § 1951(a).

Count 6

On or about August 2, 2010, in the District of New Mexico, the defendants,

**JOHN CHARLES MCCLUSKEY, TRACY ALLEN PROVINCE, and CASSLYN MAE**

**WELCH,** did knowingly use and carry firearms, to wit: a Smith and Wesson, Model

SW40VE, .40 caliber handgun, serial number DUM2735, and a Smith and Wesson,

Model SW40VE, .40 caliber handgun, serial number PDB5557, during and in relation to

a crime of violence for which the defendants may be prosecuted in a court of the United

States, that is, Conspiracy to Commit Carjacking, as charged in Count 1 of the

Indictment, and in the course of this violation caused the death of Gary Haas and Linda

Haas through the use of the firearm, which killing is a murder as defined in 18 U.S.C. §

1111, in that the defendants did unlawfully kill Gary Haas and Linda Haas by shooting

them with the firearm willfully, deliberately, and with premeditation and malice

aforethought.

In violation of 18 U.S.C. §§ 924(c)(1) and (j)(1) and 18 U.S.C. § 2.

Count 7

On or about August 2, 2010, in the District of New Mexico, the defendants,

**JOHN CHARLES MCCLUSKEY, TRACY ALLEN PROVINCE, and CASSLYN MAE**

**WELCH,** did knowingly use and carry firearms, to wit: a Smith and Wesson, Model

SW40VE, .40 caliber handgun, serial number DUM2735, and a Smith and Wesson,

Model SW40VE, .40 caliber handgun, serial number PDB5557, during and in relation to

a crime of violence for which the defendants may be prosecuted in a court of the United

States, that is, Carjacking, as charged in Count 2 of the Indictment, and in the course of

this violation caused the death of Gary Haas and Linda Haas through the use of the

firearm, which killing is a murder as defined in 18 U.S.C. § 1111, in that the defendants

did unlawfully kill Gary Haas and Linda Haas by shooting them with the firearm willfully,

deliberately, and with premeditation and malice aforethought.

In violation of 18 U.S.C. §§ 924(c)(1) and (j)(1) and 18 U.S.C. § 2.

Count 8

On or about August 2, 2010, in the District of New Mexico, the defendants,

**JOHN CHARLES MCCLUSKEY, TRACY ALLEN PROVINCE, and CASSLYN MAE**

**WELCH,** did knowingly use and carry firearms, to wit: a Smith and Wesson, Model

SW40VE, .40 caliber handgun, serial number DUM2735, and a Smith and Wesson,

Model SW40VE, .40 caliber handgun, serial number PDB5557, during and in relation to

a crime of violence for which the defendants may be prosecuted in a court of the United

-6-

States, that is, Tampering With a Witness, as charged in Count 3 of the Indictment, and in the course of this violation caused the death of Gary Haas and Linda Haas through the use of the firearm, which killing is a murder as defined in 18 U.S.C. § 1111, in that the defendants did unlawfully kill Gary Haas and Linda Haas by shooting them with the firearm willfully, deliberately, and with premeditation and malice aforethought.

In violation of 18 U.S.C. §§ 924(c)(1) and (j)(1) and 18 U.S.C. § 2.

### Count 9

On or about August 2, 2010, in the District of New Mexico, the defendants, **JOHN CHARLES MCCLUSKEY, TRACY ALLEN PROVINCE, and CASSLYN MAE WELCH,** did knowingly use and carry firearms, to wit: a Smith and Wesson, Model SW40VE, .40 caliber handgun, serial number DUM2735, and a Smith and Wesson, Model SW40VE, .40 caliber handgun, serial number PDB5557, during and in relation to a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, Conspiracy to Commit Interference with Interstate Commerce by Robbery, as charged in Count 4 of the Indictment, and in the course of this violation caused the death of Gary Haas and Linda Haas through the use of the firearm, which killing is a murder as defined in 18 U.S.C. § 1111, in that the defendants did unlawfully kill Gary Haas and Linda Haas by shooting them with the firearm willfully, deliberately, and with premeditation and malice aforethought.

In violation of 18 U.S.C. §§ 924(c)(1) and (j)(1) and 18 U.S.C. § 2.

### Count 10

On or about August 2, 2010, in the District of New Mexico, the defendants,

-7-

**JOHN CHARLES MCCLUSKEY, TRACY ALLEN PROVINCE, and CASSLYN MAE
WELCH,** did knowingly use and carry firearms, to wit: a Smith and Wesson, Model
SW40VE, .40 caliber handgun, serial number DUM2735, and a Smith and Wesson,
Model SW40VE, .40 caliber handgun, serial number PDB5557, during and in relation to
a crime of violence for which the defendants may be prosecuted in a court of the United
States, that is, Interference with Interstate Commerce by Violence, as charged in Count
5 of the Indictment, and in the course of this violation caused the death of Gary Haas
and Linda Haas through the use of the firearm, which killing is a murder as defined in
18 U.S.C. § 1111, in that the defendants did unlawfully kill Gary Haas and Linda Haas
by shooting them with the firearm willfully, deliberately, and with premeditation and
malice aforethought.

In violation of 18 U.S.C. §§ 924(c)(1) and (j)(1) and 18 U.S.C. § 2.

### Count 11

On or about August 2, 2010, in the District of New Mexico, the defendant, **JOHN
CHARLES MCCLUSKEY**, a person who had been convicted of felony crimes
punishable by imprisonment for a term exceeding one year, to wit: attempted second
degree murder in Case No. CR2009-118185 in Maricopa County, Arizona; and robbery
in Case No. CR 1992-502DT in Dauphin County, Pennsylvania, did knowingly possess,
in and affecting commerce, firearms, a Smith and Wesson, model SW40VE, .40 caliber
handgun, serial number DUM2735, a Smith and Wesson, model SW40VE,   .40 caliber
handgun, serial number PDB5557; and approximately 24 rounds of Blazer .40 caliber
ammunition, and approximately 13 rounds of Winchester .40 caliber ammunition, and a

Glock, model 36, .45 caliber handgun, serial number DVU736US, and approximately 94 rounds of Winchester .45 caliber ammunition, 1 Remington round of .45 caliber ammunition, approximately 17 unknown brand rounds of .45 caliber ammunition, and approximately 14 unknown brand rounds of 9mm ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### Count 12

On or about August 2, 2010, in the District of New Mexico, the defendant, **TRACY ALLEN PROVINCE**, a person who had been convicted of a felony crime punishable by imprisonment for a term exceeding one year, to wit: homicide in Case No. CA 1992-0154 in Pima County, Arizona, did knowingly possess, in and affecting commerce, firearms, a Smith and Wesson, model SW40VE, .40 caliber handgun, serial number DUM2735; a Smith and Wesson, model SW40VE, .40 caliber handgun, serial number PDB5557; a Glock, model 17, 9mm semi-automatic handgun, serial number AK548US, and approximately 10 rounds of CCI 9mm ammunition, approximately 14 rounds of Winchester 9mm ammunition, and approximately 14 unknown brand rounds of 9mm ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### Count 13

On or about August 2, 2010, in the District of New Mexico, the defendants, **JOHN CHARLES MCCLUSKEY, TRACY ALLEN PROVINCE, and CASSLYN MAE WELCH**, persons who were fugitives from justice, did knowingly possess, in and affecting commerce,  firearms, a Smith and Wesson, model SW40VE, .40 caliber

handgun, serial number DUM2735, a Smith and Wesson, model SW40VE, .40 caliber handgun, serial number PDB5557, a Glock, model 17, 9mm semi-automatic handgun, serial number AK548US, a  Glock, model 36, .45 caliber handgun, serial number DVU736US, a Rossi, .38 caliber handgun, serial number W243613, approximately 24 rounds of Blazer .40 caliber ammunition, approximately 13 rounds of Winchester .40 caliber ammunition, approximately 94 rounds of Winchester .45 caliber ammunition, 1 round of Remington 9 mm ammunition, approximately 17 unknown brand rounds of .45 caliber ammunition, approximately 14 unknown brand rounds of 9mm  ammunition, approximately 10 CCI rounds of 9mm ammunition, approximately 14 Winchester rounds of 9mm ammunition, approximately 50 rounds of Remington .38 caliber ammunition, and 4 ELD rounds of .38 caliber ammunition.

In violation of 18 U.S.C. §§ 922(g)(2) and 924(a)(2).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
09/28/10  2:26pm

-10-