IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                Case No. 10-CR-2734 JCH

JOHN CHARLES McCLUSKEY,

    Defendant.

## NOTICE OF UNAVAILABILITY

Undersigned counsel Michael Burt will be unavailable from November 1, 2012 through November 30, 2012, and from January 8, 2013 through January 31st, 2013, as he will be engaged in the preparation for and conduct of evidentiary hearings in *United States v. Wilson* (E.D.N.Y.), No. 04-cr-1016 [NGG], and *United States v. Duncan* (D. Idaho), No. CR-07-023-S-EJL.

Dated: October 16, 2012

                        Respectfully submitted,

                        /s/ Michael N. Burt_____
                        Michael N. Burt
                        1000 Brannan Street, Suite 400
                        San Francisco, CA 94103-4888
                        415/522-1508

/s/ Theresa M. Duncan_____

Theresa M. Duncan
Freedman Boyd Hollander Goldberg Ives & Duncan P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
505/842-9960

Attorneys for Defendant John McCluskey

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2012, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Michael N. Burt
Michael N. Burt