Page 13049

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF NEW MEXICO

 3

 4   UNITED STATES OF AMERICA,

 5            Government,

 6   vs.                          CR No. 10-CR-2734 JCH

 7   JOHN CHARLES McCLUSKEY,

 8            Defendant.

 9

10              TRANSCRIPT OF PROCEEDINGS

11                    VOLUME 65

12                 TRIAL ON THE MERITS

13                  PUNISHMENT PHASE

14                  SELECTION PHASE

15                  DECEMBER 11, 2013

16
     BEFORE:  HONORABLE JUDGE JUDITH HERRERA
17            UNITED STATES DISTRICT JUDGE

18

19

20

21

22         Proceedings reported by stenotype.

23         Transcript produced by computer-aided

24   transcription.

25
```

**PAUL BACA, OFFICIAL COURT REPORTER**

Page 13050

```
 1   A P P E A R A N C E S:

 2   FOR THE GOVERNMENT: LINDA J. MOTT
                        linda.j.mott@usdoj.gov
 3                      GREGORY J. FOURATT
                        greg.fouratt@usdoj.gov
 4                      MIKE WARBEL
                        Assistant United States Attorneys
 5                      P.O. Box 607
                        Albuquerque, New Mexico 87102
 6                      505-346-7274

 7   FOR THE DEFENDANT: THERESA M. DUNCAN
                        teri@duncanearnest.com
 8                      Duncan Earnest Law
                        600 Central Avenue, Southeast
 9                      Suite 204
                        Albuquerque, New Mexico 87102
10                      505-842-5196

11                      GARY C. MITCHELL
                        gmitchell@zianet.com
12                      Law Offices of Gary C. Mitchell,
                        LLC
13                      443 Mechem Dr.
                        P.O. Box 2460
14                      Ruidoso, New Mexico 88355-2460
                        575-257-3070
15

16

17

18

19

20

21

22

23

24

25
```

**PAUL BACA, OFFICIAL COURT REPORTER**

```
 1              (Open court; outside the presence of the
 2    jury.)
 3              THE COURT:  Please be seated.
 4              We're on the record in USA versus
 5    McCluskey, 10-CR-2734.
 6              I note that all counsel are present.
 7              The defendant is present.
 8              I guess Mr. Burt had a conflict, so he's
 9    not here at the moment.
10              Before we bring the jury in, let me see
11    counsel at the bench, please.
12              (Bench discussion:)
13              THE COURT:  So just a couple of things.  I
14    wanted to make sure that there was no -- we were off
15    the record in putting our responses to the jurors'
16    questions together, so I wanted to make sure that you
17    have a chance on the record to make any comments that
18    you would like to make about responses that were sent
19    back to the jury.
20              MS. MOTT:  No comments.
21              MS. DUNCAN:  The defense has no comments,
22    Your Honor.
23              THE COURT:  And then there was a note that
24    we received from the jury almost right out of the
25    chute that just said that an exhibit wasn't playing
```

```
 1   properly.  And so I didn't give that to you at the
 2   time because it really didn't deal with
 3   deliberations; it was more of a technical problem.
 4             And so the -- another machine was sent into
 5   the jury room and they were able to play it, and so
 6   that's how we resolved it.
 7             So is that okay with everybody?
 8             MS. MOTT:  That's fine.
 9             MS. DUNCAN:  Yes.
10             THE COURT:  I have one other thing.
11             MR. FOURATT:  I have one other thing.
12             THE COURT:  All right.  Next is, where
13   should I begin reading this verdict form?
14             Now assuming it comes out as we expect it
15   to, I know you had suggested beginning with the
16   weighing process.  I'm not sure that is necessary.
17             MS. MOTT:  I don't think that's necessary
18   at this point.  I don't think it is.
19             MR. MITCHELL:  May I make a suggestion,
20   Your Honor?
21             That when you receive the verdict forms --
22             THE COURT:  Yes.
23             MR. MITCHELL:  -- that you take a look at
24   them.
25             THE COURT:  Yes.
```

```
 1              MR. MITCHELL:  And that you -- if it is, as
 2    we expect, that they couldn't reach a unanimous
 3    verdict either way, that the Court simply look at the
 4    verdict forms without announcing the vote or anything
 5    else and say, I note that the jury was unable to
 6    reach a unanimous decision.  I note that, by my count
 7    here, that that verifies that you were not able to
 8    reach a unanimous decision.
 9              Is that correct?
10              The answer is Yes.
11              Or you don't need to say, Is that correct.
12              And by that, pursuant to the law, these are
13    life.  The Court then --
14              THE COURT:  Well, I'm not -- I'm not
15    sentencing today.
16              MR. MITCHELL:  No, I'm not saying that.
17    It's pursuant to the law.  The Court -- the law then
18    mandates what the Court must do with a nonunanimous
19    verdict, something like that.  That's all I'm
20    suggesting.
21              MR. FOURATT:  Well, the last part of that
22    is superfluous and unnecessary.
23              Once the Court -- once the Court confirms
24    that it's not unanimous, then the Court can simply
25    discharge the jury and recess for the day.
```

 1            MR. MITCHELL:  That's fine.
 2            THE COURT:  Just so that I don't have to
 3   call you back up here.
 4            MR. FOURATT:  I was going to suggest that
 5   you do call us back when you get the findings form,
 6   if you need any input from the parties.  If you
 7   don't, obviously, we know what was said.
 8            THE COURT:  Well, I suppose something could
 9   come up where I would need your input.  But if it's
10   as we think it might be, I just wanted to have it
11   understood before we --
12            MR. WARBEL:  I think they're going to
13   answer I-C no, because the question asks them, Are
14   you unanimous, yes or no?
15            And they'll say no.
16            THE COURT:  Well, I'll look at it.  But --
17   so what I'll do, then, is I'll look at it.  And if
18   there is anything answered on page 25 or page 26 I
19   will read those answers.
20            Now, if there -- if it's blank, then I
21   think I will just proceed as we -- as was mentioned a
22   moment ago, to simply say on the record that the jury
23   was unable to reach a unanimous verdict and your work
24   is done.
25            MS. DUNCAN:  Right.  That's fine with us,

1 Your Honor.

2     MS. MOTT: Thank you, Your Honor.

3     MR. FOURATT: And then we'll talk about a

4 scheduling of the sentencing hearing at another time.

5     THE COURT: Correct. Now --

6     MS. DUNCAN: We just have another question.

7     In terms of talking to the jurors, I've

8 never appeared in trial before Your Honor, and I

9 don't know what your process is.

10     THE COURT: I will instruct them that they

11 are discharged and they are free to talk to you all

12 if they choose to do so. And if they don't want to

13 they don't have to. I'll give them that information.

14     I will tell you that I plan on inviting

15 them up to my chambers after we're done here, so no

16 point in waiting for them in the hallway.

17     MS. MOTT: They won't be hanging out for

18 us. Okay.

19     MR. WARBEL: What we did in Judge Brack's

20 courtroom --

21     THE COURT: Uh-huh.

22     MR. WARBEL: -- and I don't know if you're

23 inclined to do this or not. But he asked the jurors,

24 If you would like the -- the prosecutors -- the

25 attorneys would like to speak with you. If you would

```
 1   like to remain and speak with them you may, and he
 2   provided the jury room, and the defense got a chance
 3   to talk and the prosecution got a chance to talk.
 4              Are you guys interested in that?
 5              MS. DUNCAN:  Yes.
 6              THE COURT:  But I'm going to take them up
 7   first.
 8              MR. WARBEL:  Sure.  That's what Judge Brack
 9   did.
10              THE COURT:  Okay.
11              MS. MOTT:  You go first, Your Honor.  And
12   if they want to come back down...
13              MR. WARBEL:  Well, I'm willing to stay.  If
14   they're willing to stay and stick around, we would
15   like to talk to them.
16              THE COURT:  All right.
17              MR. WARBEL:  Thanks, Judge.
18              MS. DUNCAN:  Thank you.
19              (End of bench conference.)
20              THE COURT:  We are ready for the jury.
21              (Open court; jury present.)
22              THE COURT:  Please be seated.
23              Good afternoon, ladies and gentlemen of the
24   jury.
25              I understand you have reached a decision.
```

Page 13057

```
 1              FOREPERSON:  Yes, ma'am.
 2              THE COURT:  If you would, please hand the
 3   envelope to the court security officer.
 4              All right.  The verdict appears to be in
 5   order.  This is a long verdict form, and I am not
 6   going to read the first 24 pages.
 7              I will begin at page 25.
 8              Now page 25 begins the weighing process,
 9   and I will -- I will note for the record that each
10   question on page 25 and page 26 was answered no.
11              So the introductory paragraphs informed the
12   jury that the question they must answer at this stage
13   of their deliberations is whether the proven
14   aggravating factors sufficiently outweigh the proven
15   mitigating factors to justify a sentence of death.
16   Each -- each was answered no.
17              So that's a summary version of page 25 and
18   page 26.
19              The verdict -- the jury was unable to reach
20   a unanimous verdict, and so the -- I'll turn then to
21   the certification, page 30.
22              The certification asked the jury to -- to
23   sign and indicate and certify that consideration of
24   the race, color, religious beliefs, national origin
25   or gender of the defendant or the victim was not
```

```
 1   involved in reaching his or her individual decision,
 2   and the individual juror would have made the same
 3   decision regarding the appropriate sentence
 4   regardless of the race, color, religious beliefs,
 5   national origin or gender of the defendant or the
 6   victims.
 7             And that is properly signed by each member
 8   of the jury.
 9             So the jury, having been unable to reach a
10   unanimous decision in this case, has now completed
11   its work.
12             And so with this, ladies and gentlemen of
13   the jury, I want to thank you for your work.  We've
14   been here for a long time, months.  And you have been
15   very attentive.  You have given this case serious
16   consideration.  We ended closing arguments last
17   Wednesday.  You began deliberating last Thursday.
18             You deliberated all day Thursday and
19   reconvened this week on Monday and -- and finished
20   your work out today, Wednesday, and you've been a
21   very hardworking jury.
22             And so I want you all to know that we
23   appreciate your work, and I'm going to discharge you
24   at this time.
25             Now, I have told you throughout the course
```

```
 1   of this trial that you couldn't talk to anybody about
 2   this case.  That no longer applies.
 3             You're free to talk to whomever you wish.
 4   You're free to tell people whatever you want to say
 5   about this trial, but you are also free not to talk
 6   to anyone if that's your desire.
 7             I will tell you that the attorneys would
 8   love to talk to you, if you are interested in talking
 9   to them.
10             What I would like to do is invite all of
11   you up to the -- to my office and visit with you for
12   a while.  It's not mandatory, but if you have time to
13   do that, I would like to thank you in a less formal
14   setting.
15             After we're done up in my chambers, if any
16   of you are willing or interested in talking to the
17   attorneys, I have invited them to go to the jury
18   room.  If any of you would like to go back to the
19   jury room and talk to the attorneys, I would expect
20   that attorneys from both sides -- at least some
21   attorneys from both sides -- will be there to talk to
22   you.
23             And as I said, you're free to say anything
24   to them that you'd like.
25             And you're free to look at any news
```

```
 1   reports, anything you want to do.
 2              You are done with all of the restrictions
 3   that I previously imposed on you.
 4              So let me ask counsel, is there anything
 5   further before I excuse the jury?
 6              MR. FOURATT:  No, ma'am.
 7              MS. DUNCAN:  No, ma'am.
 8              THE COURT:  All right.
 9              So, ladies and gentlemen, again, thank you.
10   And you are discharged, and I will ask that you
11   follow Irene.  She'll get you upstairs.
12              (Jury discharged; open court.
13              THE COURT:  Is there anything further?
14              MR. FOURATT:  No, Your Honor.
15              MS. DUNCAN:  No, Your Honor.
16              THE COURT:  All right.
17              We'll be in recess.
18              (Evening recess.)
19
20
21
22
23
24
25
```

Page 13061

```
 1                        CERTIFICATION

 2

 3          I certify that the foregoing is a correct

 4   transcript from the record of proceedings in the

 5   above-entitled matter.  I further certify that the

 6   transcript fees and format comply with those

 7   prescribed by the Court and the Judicial Conference

 8   of the United States.

 9

10   Date:  December 11, 2013

11

12                          _____
                            PAUL BACA, RPR, CCR
13                          Certified Court Reporter #112
                            License Expires:  12-31-13
14

15

16

17

18

19

20

21

22

23

24

25
```

**PAUL BACA, OFFICIAL COURT REPORTER**

```
                                                         Page 13062
 1                        I N D E X

 2                    GOVERNMENT'S EVIDENCE

 3                      DEFENSE EVIDENCE

 4   WITNESSES:

 5
     Verdict .........................................13057
 6
     Jury Discharged .................................13060
 7
     Certificate of Court Reporter ...................13061
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PAUL BACA, OFFICIAL COURT REPORTER**

efe512da-90df-42d9-8262-5f26fd9348ed