# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 10-2734 JH | USA vs.: | McCluskey |
| Date: | June 3, 2014 | Name of Deft: | John Charles McCluskey |
| Before the Honorable: | | Judith C. Herrera | |
| Time In/Out: | 10:00 am – 10:31 a.m. | Total Time in Court (for JS10): | 31 minutes |
| Clerk: | I.Duran | Court Reporter: | P.Baca |
| AUSA: | Linda Mott/Michael Warbel/Kristopher Houghton | Defendant's Counsel: | Theresa Duncan/Gary Mitchell |
| Sentencing in: | Albuquerque, NM | Interpreter: | None |
| Probation Officer: | Sami Guerts | Sworn? Yes / No | |

| Convicted on: | | Plea | X Verdict | As to: | Information | X 3rd Superseding Idictment |
|---|---|---|---|---|---|---|
| If Plea: | | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | 3rd Superseding Indictment | |
| If Plea Agreement: | | Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 12/11/2013 | | | PSR: | X Not Disputed | Disputed |
| PSR: X | Court Adopts PSR Findings | | | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | | | | | | |

| SENTENCE IMPOSED | Imprisonment (BOP): 60 months as to Ct. 1; Life as to each of Cts. 2-5; 240 mos. as to each of Cts. 6, 7, & 8; 120 mos. as to Ct. 9; 300 mos. as to each of Cts. 10-18; and Life as to each of Cts. 19 & 20. Cts 1-8, 19, & 20 shall run concurrently to each other; Cts. 9-18 shall run consecutively to each other and to all other Cts. therefore, the total term of incarceration is LIFE plus a consecutive 2,820 mos. |
|---|---|
| Supervised Release: | Cts. 4 & 5 require a mandatory sentence of Life incarceration; however, the deft is not eligible for any term of supervised release | Probation: | | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SEPCIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for ____ months ____ days |
| Comply with ICE laws and regulation | Community service for ____ months ____ days |
| Participate in/successfully complete subst abuse program/testing | Reside halfway house ____ months ____ days |
| Participate in/successfully complete mental health program | Register as sex offender |
| Refrain from use/possession of alcohol/intoxicants | Participate in sex offender treatment program |
| Submit to search of person/property | Possess no sexual material |
| No contact with victim(s) and/or co-defendant(s) | No computer with access to online services |
| No entering or loitering near victim's residence | No contact with children under 18 years |
| Provide financial information | No volunteering where children supervised |
| Grant limited waiver of confidentiality | Restricted from occupation with access to children |
| | No loitering within 100 feet of school yards |

OTHER:

| | | | | |
|---|---|---|---|---|
| Fine: $ | 0 | | Restitution: $ | $13,803.97 (See Judgment for details) |
| SPA: $ | 2,000.00 | ($100) as to each Count | Payment Schedule: | X Due Imm. / Waived |
| OTHER: | | | | |
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement | |

| X | Held in Custody | | Voluntary Surrender |
|---|---|---|---|
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| | | | 10:00 a.m.   Counsel enter their appearances.  Deft present. <br><br> 10:01 a.m.   Victim Irma Patrick addresses the Court & provides an Impact Statement. <br> 10:07 a.m.   Sandra Roden-Morgan addresses the Court & provides an Impact Statement. <br> 10:14 a.m.   Victim Linda Rook addresses the Court & provides an Impact Statement. <br> 10:19 a.m.   Govt. has no further witnesses. <br> 10:19 a.m.   Defense has no witnesses today. <br><br> 10:20 a.m.   Defense counsel has no objections to PSR nor the addendums; however, objects to the issue of restitution <br> 10:21 a.m.   Govt. responds & stands by the recommendation by the Probation Officer. <br><br> 10:22 a.m.   Ct. overrules objection. <br> 10:23 a.m.   Defense counsel has no other objections. <br> 10:23 a.m.   Govt. has no objections. <br><br> 10:24 a.m.   Deft makes no comment. <br><br> 10:24 a.m.   Ct. has reviewed the PSR factual findings & has considered the sentencing guideline applications & the sentencing factors under 3553 & imposes sentence. <br><br> 10:31 a.m.   Court in recess. |